# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 09-CR- 30014-WDS |
| RAYFORD A. ROGERS | ) ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

This matter is before the Court on defendant's pro se motion for correction of the judgment in this case. The defendant asserts that he is being forced to pay his fine while incarcerated contrary to the Court's Judgment. However, the defendant is misreading the Court's Order. He was ordered to pay his financial penalty while incarcerated, and any that remains unpaid shall be paid at the rate of $15.00 per month or 10% of his monthly gross income. The Order also provides that the payments after incarceration will not commence until 30 days after he is released from imprisonment. It is well settled that the BOP is authorized to use the Inmate Financial Responsibility Program "to ensure that inmates make good-faith progress toward satisfying their court-ordered obligations." See, e.g., *McGhee v. Clark*, 166 F.3d 884, 886 (7th Cir. 1999). The payment program instituted by the BOP in this case does not conflict with the Court's sentence. Therefore, the Court **DENIES** defendant's motion for correction of the judgment.

**IT IS SO ORDERED.**

DATE:  10 August , 2012           /s/  WILLIAM D. STIEHL
                                  DISTRICT JUDGE